UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| DUWAN LOCKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:16-cv-170 (AWA/LRL) |
| | ) |
| BBL ODU LLC | ) |
| D/B/A SPRINGHILL SUITES | ) |
| BY MARRIOT | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS STIPULATED** by and between the parties named in this action through their respective counsel that the above-captioned matter be and is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties shall bear their own respective costs and attorneys' fees.

**SEEN AND AGREED:**

By: /s/
  Joshua Erlich (VA Bar No. 81298)
**THE ERLICH LAW OFFICE, PLLC**
2111 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
Phone: (703) 791-9087
Fax: (703) 351-9292
Email: jerlich@erlichlawoffice.com

*Counsel for Plaintiff*

By: /s/
  Carrie Harris (VSB #76817)
**Spilman Thomas & Battle, PLLC**
310 First St, Suite 1100
P.O. Box 90
Roanoke, VA 24002-0090
Phone: (540) 512-1829
Fax: (540) 342-4480
Email: charris@spilmanlaw.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on April 18, 2017, I sent the foregoing via electronic notification on the CM/ECF system to the following:

Carrie Harris
**Spilman Thomas & Battle, PLLC**
310 First St, Suite 1100
P.O. Box 90
Roanoke, VA 24002-0090
Phone: (540) 512-1829
Fax: (540) 342-4480
Email: charris@spilmanlaw.com

                                                 /s/
Joshua Erlich (VA Bar No. 81298)
**The Erlich Law Office, PLLC**
2111 Wilson Blvd
Ste. 700
Arlington, VA 22201
Tel: (703) 791-9087
Fax: (703) 351-9292
Email: jerlich@erlichlawoffice.com